Form 226 – 3004claimntc.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 18−11172−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David Neewilly
   44 Tunis Ave
   Pleasantville, NJ 08232−3037

Social Security No.:
   xxx−xx−9146

Employer's Tax I.D. No.:

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Jorge F. Coombs, Esq /Attorney for Debtor the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 5/2/2018.

US Bank Cust for PC7


Dated: May 3, 2018
JAN: lgr

                                                                                Jeanne Naughton
                                                                                Clerk