| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Youngblood, Franklin, Sampoli & Coombs, P.A.<br>1201 New Road<br>Suite 230<br>Linwood, NJ 08221<br>609-601-6600  Fax: 609-601-6601<br><br>Jorge F. Coombs, Esq. 017962002 | Case No.:<br><br>Chapter: | 18-11172-ABA<br><br>13 |
| In Re:<br><br>David Neewilly | Adv. No.:<br><br>Hearing Date:<br><br>Judge: | |

## CERTIFICATION OF SERVICE

1. I, __John Griffith__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Jorge F. Coombs, Esq.__, who represents __Debtor, David Neewilly__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __June 1, 2108__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Chapter 13 Plan Transmittal with appended CMA;
    Modified Chapter 13 Plan and Motions.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __6/1/18__            _____
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the Public Defender<br>Hughes Justice Complex<br>25 Market Street<br>P.O. Box 850<br>Trenton, NJ 08625-0850 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Bank Cust for PC7<br>50 South 16th Street<br>Suite 2050<br>Philadelphia, PA 19102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MidFirst Bank<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08108 | Attorney for Creditor, U.S. Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel C. Balboa, Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |