Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 18-11172 (ABA)**

David Neewilly  
44 Tunis Avenue  
Pleasantville, NJ  08232-3037

Monthly Payment: $321.73  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/07/2018 | $321.73 | 03/09/2018 | $321.73 | 05/04/2018 | $321.73 | 07/19/2018 | $600.00 |
| 09/06/2018 | $321.73 | 10/03/2018 | $148.49 | 10/16/2018 | $148.49 | 10/31/2018 | $148.49 |
| 11/14/2018 | $148.49 | 11/29/2018 | $148.49 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DAVID NEEWILLY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JORGE F. COOMBS, ESQUIRE | 13 | $2,000.00 | $2,000.00 | $0.00 | $2,000.00 |
| 1 | AA BAIL BONDS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ANNIE NEEWILLY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ATLANTICARE PHYSICIAN GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $477.39 | $0.00 | $477.39 | $0.00 |
| 5 | ATLANTIC COUNTY DIV. OF ECONOMIC ASSIST. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | COLLEEN M. HIRST, ESQ. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | DAVIDSON NEEWILLY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | JORGE F. COOMBS | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MIDFIRST BANK | 24 | $13,474.30 | $387.53 | $13,086.77 | $262.15 |
| 11 | MILLENNIUM FINANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | NEW CENTURY FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | NEW JERSEY AMERICAN WATER | 33 | $232.40 | $0.00 | $232.40 | $0.00 |
| 14 | OFFICE OF THE PUBLIC DEFENDER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PLEASANTVILLE CITY SEWAGE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PRESSLER, FELT & WARSHAW, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | RECEIVABLES OUTSOURCING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | SHORE MEMORIAL HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | STILLMAN LAW OFFICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | TTLBL LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | US BANK CUST FOR PC4 | 24 | $1,174.84 | $33.78 | $1,141.06 | $22.85 |
| 24 | U.S. DEPARTMENT OF EDUCATION | 33 | $11,722.07 | $0.00 | $11,722.07 | $0.00 |
| 25 | YOUNGBLOOD, FRANKLIN, SAMPOLI & COOMBS, P.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | JORGE F. COOMBS, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2018 | 6.00 | $0.00 |
| 08/01/2018 | Paid to Date | $1,565.00 |
| 09/01/2018 | 53.00 | $321.73 |
| 02/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,629.37 |
| Total paid to creditors this period: | $2,285.00 |
| Undistributed Funds on Hand: | $272.62 |
| Arrearages: | $569.03 |
| Attorney: | JORGE F. COOMBS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**