| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Youngblood, Franklin & Sampoli, P.A.<br>1201 New Road, Suite 230<br>Linwood, NJ 08221<br>609-601-6600  Fax: 609-601-6601<br>JYoungblood@youngbloodlegal.com<br><br>Joseph L. Youngblood, Jr., Esquire<br>Attorney for Debtor |

In Re:

**David Neewilly, Debtor**

Case No.:   18-11172-ABA

Chapter:    13

Judge:      ABA

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Joseph L. Youngblood, Jr., Esquire, will be substituted as attorney of record for Debtor, David Neewilly, in this case.

Date: 11/19/2021

Jorge F. Coombs, Esquire,
Former Attorney

Date: 11/19/21

/s/ Joseph L. Youngblood, Jr.

Joseph L. Youngblood, Jr, Esquire,
Substituting Attorney

1