| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Youngblood, Franklin & Sampoli, P.A.<br>1201 New Road, Suite 230<br>Linwood, NJ 08221<br>609-601-6600  Fax: 609-601-6601<br>JYoungblood@youngbloodlegal.com<br><br>Joseph L. Youngblood, Jr., Esquire<br>Attorney for Debtor | |
| In Re:<br><br>**David Neewilly** | Case No.:     18-11172-ABA<br><br>Chapter:     13<br><br>Hearing Date: January 4, 2022<br><br>Judge:      ABA |

**Order Filed on January 4, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## ORDER SUSPENDING TRUSTEE PAYMENTS

The relief set forth on the following page numbered two (2) is hereby **ORDERED;**

**DATED: January 4, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

**THIS MATTER** having been opened to the Court by Joseph L. Youngblood, Jr., Esquire, attorney for the Debtor, and the Court having considered the papers submitted herein, and for good cause having been shown it is hereby;

**ORDERED** as follows:

1.      Debtor's plan payments due for August 2021 through January 2022 are hereby suspended.

2.      The Debtor shall resume making his payments to the Chapter 13 Trustee beginning in February of 2022.

3.      Debtor's case shall continue at $12,367.89 paid to date, then $522 per month for 12 months commencing February 1, 2022.

4.      The Debtor's counsel may file a supplemental fee application for fees associated with the filing of this motion, if necessary.