| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Youngblood, Franklin & Sampoli, P.A.<br>1201 New Road, Suite 230<br>Linwood, NJ 08221<br>609-601-6600  Fax: 609-601-6601<br>JYoungblood@youngbloodlegal.com<br><br>Joseph L. Youngblood, Jr., Esquire<br>Attorney for Debtor | Order Filed on January 4, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>**David Neewilly** | Case No.:    18-11172-ABA<br><br>Chapter:    13<br><br>Hearing Date: January 4, 2022<br><br>Judge:    ABA |

## ORDER SUSPENDING TRUSTEE PAYMENTS

The relief set forth on the following page numbered two (2) is hereby **ORDERED;**

**DATED: January 4, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

**THIS MATTER** having been opened to the Court by Joseph L. Youngblood, Jr., Esquire, attorney for the Debtor, and the Court having considered the papers submitted herein, and for good cause having been shown it is hereby;

**ORDERED** as follows:

1. Debtor's plan payments due for August 2021 through January 2022 are hereby suspended.

2. The Debtor shall resume making his payments to the Chapter 13 Trustee beginning in February of 2022.

3. Debtor's case shall continue at $12,367.89 paid to date, then $522 per month for 12 months commencing February 1, 2022.

4. The Debtor's counsel may file a supplemental fee application for fees associated with the filing of this motion, if necessary.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-11172-ABA |
| David Neewilly | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 04, 2022 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | David Neewilly, 44 Tunis Ave, Pleasantville, NJ 08232-3037 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph L Youngblood | on behalf of Debtor David Neewilly Jgriffith@youngbloodlegal.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6