| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Youngblood, Franklin & Sampoli, P.A.<br>1201 New Road, Suite 230<br>Linwood, NJ 08221<br>609-601-6600  Fax: 609-601-6601<br>JYoungblood@youngbloodlegal.com<br><br>Joseph L. Youngblood, Jr., Esquire<br>Attorney for Debtor |
| In Re:<br><br>**David Neewilly** |

Order Filed on February 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    18-11172-ABA

Chapter:    13

Judge:  Andrew B. Altenburg, Jr.

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 7, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Joseph L. Youngblood, Jr., the applicant, is allowed a fee of $ 185.00 for services rendered and expenses in the amount of $3.48 for a total of $188.48 . The allowance is payable:

- ☒ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $539 per month for _12_ months to allow for payment of the above fee.

*rev.8/1/15*