UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

David Neewilly,

Debtor.

Case No.:       18-11172-ABA

Chapter:             13

Hearing Date:     3/22/2022

Judge:             Altenburg

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief re: 44 Tunis Avenue (Docket # 42)

_____

Date: 3/17/2022                               /s/ Denise Carlon
                                              Signature

*rev.8/1/15*