Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−11172−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
David Neewilly
44 Tunis Ave
Pleasantville, NJ 08232−3037

Social Security No.:
xxx−xx−9146

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/11/22.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 11, 2022
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
David Neewilly  
    Debtor

Case No. 18-11172-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: May 11, 2022      Form ID: 148      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | David Neewilly, 44 Tunis Ave, Pleasantville, NJ 08232-3037 |
| 517286817 | +++ | AA Bail Bonds, 1916 Fairfax Ave, Cherry Hill, NJ 08003-2007 |
| 517286818 | | Annie Neewilly, 44 Tunis Ave, Pleasantville, NJ 08232-3037 |
| 517286821 | | AtlantiCare Physician Group, PO Box 786061, Philadelphia, PA 19178-6061 |
| 517286820 | + | Atlantic County Div. of Economic Assist., 1333 Atlantic Ave., Atlantic City, NJ 08401-7212 |
| 517289121 | | Coombs, Jorge F., 1201 New Rd Ste 230, Linwood, NJ 08221-1154 |
| 517286824 | + | Davidson Neewilly, 6355 Barton Road, North Olmsted, OH 44070-4749 |
| 517286825 | | Jorge F. Coombs, 1201 New Rd Ste 230, Linwood, NJ 08221-1154 |
| 517286827 | +++ | Millennium Finance, 6 Crest Drive, Metuchen, NJ 08840-1528 |
| 517289119 | | Neewilly, Annie, 44 Tunis Ave, Pleasantville, NJ 08232-3037 |
| 517289120 | + | Neewilly, Davidson, 6355 Barton Road, North Olmsted, OH 44070-4749 |
| 517286829 | | New Jersey American Water, Po Box 371771, Pittsburgh, PA 15250-7331 |
| 517286830 | | Office of the Public Defender, Hughes Justice Complex, Po Box 850, Trenton, NJ 08625-0850 |
| 517286831 | + | Pleasantville City Sewage, City of Pleasantville, 18 N 1st St, Pleasantville, NJ 08232-2647 |
| 517286833 | | Receivables Outsourcing, LLC, Po Box 62850, Baltimore, MD 21264-2850 |
| 517286835 | | South Jersey Gas, Po Box 6091, Bellmawr, NJ 08099-6091 |
| 517286836 | # | Stillman Law Office, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 517286838 | + | US Bank Corp., 50 South 16th St. 1950, Philadelphia, PA 19102-2516 |
| 517494657 | + | US Bank Cust for PC7, 50 S. 16th St., Suite 2050, Philadelphia, PA 19102-2516 |
| 517286839 | + | US Department of Education, 2401 International, PO Box 7859, Madison, WI 53707-7859 |
| 517286840 | | Youngblood, Franklin, Sampoli & Coombs, P.A., Cornerstone Commerce Center, 1201 New Rd Ste 230, Linwood, NJ 08221-1154 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 11 2022 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 11 2022 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517286819 | + | Email/Text: bankruptcy@pepcoholdings.com | May 11 2022 20:51:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 517299776 | + | Email/Text: bankruptcy@pepcoholdings.com | May 11 2022 20:51:00 | Atlantic City Electric Company, 5 Collins Drive Suite 2133, Carneys Point NJ 08069-3600 |
| 517286823 | | EDI: COMCASTCBLCENT | May 12 2022 00:43:00 | Comcast Cable, Po Box 3002, Southeastern, PA 19398-3002 |
| 517382999 | + | EDI: AISMIDFIRST | | |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: May 11, 2022 | Form ID: 148 | Total Noticed: 33

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517286826 | | EDI: AISMIDFIRST | May 12 2022 00:43:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| | | | May 12 2022 00:43:00 | MidFirst Bank, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 517286828 | | Email/PDF: bankruptcy@ncfsi.com | May 11 2022 20:58:34 | New Century Financial Services, 110 S Jefferson Rd, Whippany, NJ 07981-1038 |
| 517334003 | + | Email/Text: csc.bankruptcy@amwater.com | May 11 2022 20:51:00 | New Jersey American Water, PO Box 578, Alton, IL 62002-0578 |
| 517286832 | | Email/Text: signed.order@pfwattorneys.com | May 11 2022 20:50:00 | Pressler and Pressler LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 517286834 | | Email/Text: jboehler@shorememorial.org | May 11 2022 20:52:00 | Shore Memorial Hospital, PO Box 217, Somers Point, NJ 08244-0217 |
| 517629359 | | Email/Text: EDBKNotices@ecmc.org | May 11 2022 20:50:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517286822 | ##+ | Colleen M. Hirst, Esq., KML Law Group, PC, 216 Haddon Ave # 406, Collingswood, NJ 08108-2812 |
| 517286837 | ##+ | TTLBL LLC, 4747 Executive Drive 510, San Diego, CA 92121-3100 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph L Youngblood | on behalf of Debtor David Neewilly Jgriffith@youngbloodlegal.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6